■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK C. DEFRANCE, Appellant. (Appeal No. 2.) [696 NYS2d 726] —Judgment unanimously affirmed. Memorandum: County Court properly determined that defendant violated certain conditions of probation based upon his admissions (*see,* CPL 410.70 [2]; *see also, People v Cherry,* 238 AD2d 940, *lv denied* 90 NY2d 891). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Violation of Probation.) Present—Green, J. P., Hayes, Pigott, Jr., and Scudder, JJ.